THE PEOPLE OF THE STATE ILLINOIS, Plaintiff-Appellee, *v.* NORMAN E. HARRIS (CORNELL D. GREEN, Impleaded), Defendants-Appellants.

(Nos. 56583, 57346 cons.;

First District (2nd Division)—April 3, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellants.

Bernard Carey, State's Attorney, of Chicago, for the People.